COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:    01-12-00162-CR

Trial Court Cause
Number:    11CR0210

Style:    J.B. Degrassa, Jr.

    **v** The State of Texas

Date motion filed[*]:    January 14, 2013

Type of motion:    Motion for Extension of Time to File State's Response Brief

Party filing motion:    State

Document to be filed:    Brief

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date:    November 12, 2012

    Number of previous extensions granted:    1

    Date Requested:    February 11, 2013

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due:  February 11, 2013

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Jim Sharp

    ☒ Acting individually    ☐ Acting for the Court

Panel consists of

Date: January 23, 2013